1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11

DONN VICKREY,

Case No.: 3:18-cv-01792-BTM

12

Plaintiff,

13

v.

**ORDER SETTING DEADLINE TO FILE MOTIONS FOR SUMMARY JUDGMENT AND HEARING DATE**

14

INTERNAL REVENUE SERVICE,

15

Defendant.

16         Before the Court is Plaintiff Donn W. Vickrey's complaint for injunctive and

17   other relief in relation to a request for access under the Freedom of Information

18   Act ("FOIA"), 5 U.S.C. § 552, made by Plaintiff to the Internal Revenue Service

19   ("IRS") on June 27, 2018.  (ECF No. 23, ¶¶ 1-8, 21-38.)  During a recent telephone

20   conference, both parties agreed with the Court that Plaintiff's claims under the

21   FOIA were ripe for summary judgment.  Accordingly, to the extent that either party

22   intends to move for summary judgment on such claims, they shall file their

23   respective motions for summary judgment **on or before Friday, October 16,**

24   **2020**.   Any opposition to such motions shall be filed **on or before Friday,**

25   **November 13, 2020**.  Any replies in support of such motions shall be filed on or

26   before **Friday, December 4, 2020**.   The forthcoming motions for summary

27   judgment, if any, are set for hearing on **Friday, December 11, 2020, at 11:00 a.m.**,

28   at which time the Court will take these matters under submission.  No personal

appearances will be required on that day, and no oral argument will be heard unless the Court orders otherwise.   If any party believes oral argument is necessary, that party can file a separate request for oral argument.

**IT IS SO ORDERED.**

Dated:  September 3, 2020

_____
Honorable Barry Ted. Moskowitz
United States District Judge