RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

KIERAN CARTER (Virginia Bar No. 81953)
Trial Attorney, Tax Division
U. S. Department of Justice
   P.O. Box 224, Ben Franklin Station
   Washington, D.C. 20044
   Telephone: (202) 598-7821
   Fax: (202) 514-6866
   E-mail: Kieran.O.Carter@usdoj.gov

ADAM L. BRAVERMAN
United States Attorney
*Of Counsel*

*Attorneys for the Internal Revenue Service*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONN VICKREY,<br><br>    Petitioner,<br><br>  v.<br><br>INTERNAL REVENUE SERVICE,<br><br>    Respondent. | Case No. 3:18-cv-1792-BTM<br><br>**JOINT STIPULATION** |

JOINT STIPULATION

1    Plaintiff, Donn Vickrey, and Defendant, Internal Revenue Service (the "Service")

2  stipulate that the adequacy of the Service's search for the requested records is not at issue

3
4  in this Freedom of Information Act (FOIA) case. Additionally, the parties stipulate that

5  the Service's application of the following FOIA exemptions is not at issue in this case:

6  5 U.S.C. § 552(b)(5) ("Exemption 5") in conjunction with the deliberative process

7  privilege; 5 U.S.C. § 552(b)(6) ("Exemption 6"); and 5 U.S.C. § 552(b)(7)(A)

8  ("Exemption 7A").

9    Accordingly, the only remaining issues in this case to be resolved upon summary

10  judgment are the appropriateness of the Service's application of: 5 U.S.C. § 552(b)(3)

11  ("Exemption 3") in conjunction with 26 U.S.C. §§ 6103(a), (b)(2), and (e)(7); Exemption

12  3 in conjunction with 31 U.S.C. § 5319; and 5 U.S.C. § 552(b)(7)(E) ("Exemption 7E").

13

14    Date: November 12, 2020

15                                      Respectfully submitted,

16    /s/                              RICHARD E. ZUCKERMAN
      DEREK W. KACZMAREK               Principal Deputy Assistant Attorney General
17    DAVID R. JOJOLA
      KACZMAREK & JOJOLA, PLLC         /s/ Kieran O. Carter
18    10229 N. 92nd St., Suite 103     KIERAN O. CARTER, VSB No. 81953
      Scottsdale, AZ 85258             Trial Attorney, Tax Division
19    Phone: (602) 899-6200            U.S. Department of Justice
      Fax: (602) 899-9339
20    Derek@kjtaxlaw.com               ADAM L. BRAVERMAN
      Dave@kjtaxlaw.com                United States Attorney
21                                     *Of Counsel*
                                       *Attorneys for the United States of America*
22

23

24

JOINT STIPULATION

1

## CERTIFICATE OF SERVICE

2   I hereby certify that on this 12th day of November, 2020, I electronically filed the

3   foregoing document with the Clerk of Court using the CM/ECF system, which will send

4   notification of such filing to the following:

5   J. Gregory Cahill, gcahill@dickinson-wright.com
    Derek Kaczmarek, Derek@kjtaxlaw.com
6   David Jojola, Dave@kjtaxlaw.com
    *Attorneys for Donn Vickrey*

7

8                                       */s/ Kieran O. Carter*
                                        KIERAN O. CARTER
9                                       Trial Attorney
                                        United States Department of Justice, Tax Division

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24