RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

KIERAN CARTER (VA Bar No. 81953)
Trial Attorney, Tax Division
U. S. Department of Justice
  P.O. Box 224, Ben Franklin Station
  Washington, D.C. 20044
  Telephone: (202) 598-7821
  Fax: (202) 514-6866
  E-mail: Kieran.O.Carter@usdoj.gov

*Attorneys for the Internal Revenue Service*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONN VICKREY,<br><br>    Petitioner,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>    Respondent. | Case No. 3:18-cv-1792-BTM<br><br>**INTERNAL REVENUE SERVICE'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing date: December 11, 2020 at 11:00 A.M.<br>Hon. Barry Ted Moskowitz |

MOTION FOR SUMMARY JUDGMENT

Defendant Internal Revenue Service ("the Service" or "IRS") respectfully moves this Court for summary judgment on the Second Cause of Action in this case, seeking injunctive relief under the Freedom of Information Act (FOIA), 5 U.S.C. § 552. As grounds for this motion, the Service states that the material facts are not in dispute and that it is entitled to judgment as a matter of law. The Service has withheld only those records, or portions of records, authorized to be withheld by 5 U.S.C. § 552(b). Accordingly, the Court should grant judgment in favor of the Service.[1]

Included with this motion are the Internal Revenue Service's Memorandum in Support, the Declaration of Andrew Keaton, the Declaration of Melissa Avrutine, a Statement of Uncontested Material Facts, and a proposed Order.

Date: November 13, 2020        Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Kieran O. Carter*
KIERAN O. CARTER, VA Bar No. 81953
Trial Attorney, Tax Division
U.S. Department of Justice

ADAM L. BRAVERMAN
United States Attorney
*Of Counsel*
*Attorneys for the United States of America*

---

[1] The issue of attorneys' fees and costs is premature because: (1) the Court must first rule on the merits of this FOIA claim; and (2) the Plaintiff must then move for an award of attorneys' fees and costs.

MOTION FOR SUMMARY JUDGMENT

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

J. Gregory Cahill, gcahill@dickinsonwright.com
Derek Kaczmarek, Derek@kjtaxlaw.com
David Jojola, Dave@kjtaxlaw.com
*Attorneys for Donn Vickrey*

                                */s/ Kieran O. Carter*
                                KIERAN O. CARTER
                                Trial Attorney
                                United States Department of Justice, Tax Division