Derek W. Kaczmarek (AZ Bar No. 012792)
*Admitted Pro Hac Vice (Doc 11)*
KACZMAREK & JOJOLA PLLC
10229 North 92nd Street, Suite 103
Scottsdale, AZ 85258
(602) 899-6200
derek@kjtaxlaw.com
*Attorneys for Petitioner Donn Vickrey*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donn Vickrey,<br><br>    Petitioner,<br><br>vs.<br><br>Internal Revenue Service,<br><br>    Respondent. | **Case No. 3:18-cv-01792-BTM**<br><br>**NOTICE AND STIPULATION REGARDING POTENTIAL SETTLEMENT AND SUMMARY JUDGMENT BRIEFING** |

   Petitioner Donn Vickrey and Respondent Internal Revenue Service, each by their counsel of record, hereby give notice of their intent to resolve Count II of the Second Amended Petition (Doc 23) filed December 14, 2018, for injunctive relief as to a specific Freedom of Information Act ("FOIA") Request.

   The parties anticipate a determination of whether the action is resolved by agreement no later than December 18, 2020.

   In the interest of preservation of the Court's resources and those of the Parties, the Parties stipulate and request that the briefing on and submission of the Motion for Summary Judgment filed by Respondent on November 13, 2020 (Doc 40), be amended as follows:

   1.   Any Response to the IRS's Motion for Summary Judgment shall be filed on or before December 24, 2020,

   2.   Any Reply in support of the IRS's Motion for Summary Judgment shall be

filed on or before January 8, 2021, and

3. The IRS's Motion for Summary Judgment shall be set for a hearing on January 15, 2021, at which time the Court will take the MSJ under submission, subject to the Court's policy that no personal appearances will be required on that day, and no oral argument will be heard unless the Court orders otherwise.  If any Party believes oral argument is necessary, that Party will file a separate request for oral argument.

STIPULATED AND REQUESTED on December 11, 2020:

Petitioner Donn Vickrey by:

*/s/ Derek W. Kaczmarek*
Derek W. Kaczmarek
Attorney for Petitioner Donn Vickrey

Respondent Internal Revenue Service by:

*/s/ Kieran Carter (with permission)*
Kieran Carter (VA Bar No. 81953)
Trial Attorney, Tax Division
US Department of Justice
P.O. Box 224, Ben Franklin Station
Washington, D.C. 20044
(202) 598-7821
Kieran.O.Carter@usdoj.gov
Attorney for Respondent Internal Revenue Service

**Certificate of Service**

I hereby certify that on this December 11, 2020, I electronically filed this pleading with the Clerk of the Court using the CM/ECF system, which will in turn serve notice of the same to the following:

Kieran O. Carter at Kieran.O.Carter@usdoj.gov.

*/s/ Derek W. Kaczmarek*