Derek W. Kaczmarek (AZ Bar No. 012792)
*Admitted Pro Hac Vice (Doc 11)*
KACZMAREK & JOJOLA PLLC
10229 North 92nd Street, Suite 103
Scottsdale, AZ 85258
(602) 899-6200
derek@kjtaxlaw.com
*Attorneys for Petitioner Donn Vickrey*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Donn Vickrey,<br><br>                    Petitioner,<br><br>vs.<br><br>Internal Revenue Service,<br><br>                    Respondent. | **Case No. 3:18-cv-01792-BTM**<br><br>**STIPULATION FOR DISMISSAL OF COUNT II OF THE SECOND AMENDED PETITION – FOIA RELIEF** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner Donn Vickrey and Respondent Internal Revenue Service, each by their counsel of record, hereby stipulate to the dismissal of Count II of the Second Amended Petition (Doc 23) filed December 14, 2018, with prejudice.

The parties further stipulate that each party shall bear their own attorney fees and costs.

IT IS SO STIPULATED AND AGREED on December 18, 2020:

Petitioner Donn Vickrey by:

*/s/ Derek W. Kaczmarek*
Derek W. Kaczmarek
Attorney for Petitioner Donn Vickrey

1

Respondent Internal Revenue Service by:

*/s/ Kieran Carter (with permission)*
Kieran Carter (VA Bar No. 81953)
Trial Attorney, Tax Division
US Department of Justice
P.O. Box 224, Ben Franklin Station
Washington, D.C. 20044
(202) 598-7821
Kieran.O.Carter@usdoj.gov
Attorney for Respondent Internal Revenue Service

**Certificate of Service**

I hereby certify that on this December 18, 2020, I electronically filed this pleading with the Clerk of the Court using the CM/ECF system, which will in turn serve notice of the same to the following:

Kieran O. Carter at Kieran.O.Carter@usdoj.gov.

*/s/ Derek W. Kaczmarek*
Derek W. Kaczmarek